FELDESMAN TUCKER LEIFER FIDELL LLP
KATHRYN E. DOI, SBN 121979
kdoi@ftlf.com
VICTORIA A. FELT, SBN 318014
vfelt@ftlf.com
400 Capitol Mall, Suite 2580
Sacramento, California 95814
Telephone: (916) 500-0755
Facsimile:  (916) 500-0478

FELDESMAN TUCKER LEIFER FIDELL LLP
SCOTT S. SHEFFLER *(admitted pro hac vice)*
ssheffler@ftlf.com
MINDY PAVA *(admitted pro hac vice)*
mpava@ftlf.com
1129 20th Street, NW, Suite 400
Washington, D.C. 20036
Telephone: (202) 466-8960
Facsimile: (202) 293-8103

Attorneys for Plaintiff
VENICE FAMILY CLINIC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENICE FAMILY CLINIC,<br><br>        Plaintiff,<br><br>    v.<br><br>THE UNITED STATES SMALL BUSINESS ADMINISTRATION; ISABELLA CASILLAS GUZMAN, in her official capacity as administrator of the Small Business Administration; and THE UNITED STATES OF AMERICA,<br><br>        Defendants. | Case No. 2:23-cv-02989 DSF (SKx)<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a)]**<br><br>Judge:  Hon. Dale S. Fischer |

Plaintiff Venice Family Clinic ("VFC") and Defendants the United States Small Business Administration, Isabella Casillas Guzman (in her capacity as administrator of the Small Business Administration) and the United States of America hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed as to all claims, causes of action and parties, based on the following conditions agreed to by the parties:

1. The U.S. Small Business Administration ("SBA") has issued a Notice of Paycheck Protection Program Forgiveness Payment (attached as Exhibit 1) to VFC for the full loan amount of $6,672,100.00 in principal and $137,519.39 interest.

2. Defendants, by communications through Counsel on August 3 and 11, 2023, stated that the Notice of Paycheck Protection Program Forgiveness Payment (i) supersedes and withdraws the prior SBA loan forgiveness denial and (ii) supersedes any effect of the prior SBA Office of Hearings and Appeals decision vis-à-vis plaintiff (J. Yang e-mail, August 11, 2023, attached as Exhibit 2.)

Each party will bear that party's own attorney's costs and fees.

Dated: August 24, 2023          FELDESMAN TUCKER LEIFER FIDELL LLP

                                           */s/ Scott S. Sheffler*
                               By:  Scott S. Sheffler (admitted pro hac vice)
                                       Mindy B. Pava (admitted pro hac vice)
                                       Kathryn E. Doi
                                       Victoria A. Felt

                               Attorneys for Venice Family Clinic

| | |
|---|---|
| Dated: August 23, 2023 | E. MARTIN ESTRADA<br>United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Complex and Defensive Litigation Division<br>JOANNE S. OSINOFF<br>Assistant United States Attorney<br>Chief, General Civil Section<br><br>/s/ Jasmin Yang<br>Jasmin Yang<br>Assistant United States Attorney<br><br>Attorneys for Defendants |

**ATTESTATION UNDER LOCAL RULE 5-4.3.4**

I, Kathryn E. Doi, am the ECF User whose ID and password are being used to file this **STIPULATION OF DISMISSAL [FRCP 41(a)(1)] AND ORDER OF DISMISSAL**. In compliance with Local Rule 5-4.3.4(a)(2), I hereby certify and attest that Defendants' counsel, Jasmin Yang, has concurred in this filing.

DATED: August 24, 2023    */s/ Kathryn E. Doi*
                          _____
                          Kathryn E. Doi