JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENICE FAMILY CLINIC,<br><br>  Plaintiff,<br><br>  v.<br><br>THE UNITED STATES SMALL BUSINESS ADMINISTRATION; ISABELLA CASILLAS GUZMAN, in her official capacity as administrator of the Small Business Administration; and THE UNITED STATES OF AMERICA,<br><br>  Defendants. | Case No. 2:23-cv-02989 DSF (SKx)<br><br>**ORDER OF DISMISSAL**<br><br>Judge: Hon. Dale S. Fischer |

  Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii) acknowledging that the U.S. Small Business Administration has fully forgiven the Paycheck Protection Program Loan at issue in the case, IT IS ORDERED THAT this action be, and hereby is, DISMISSED as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: August 24, 2023

_____
Hon. Dale S. Fischer
United States District Judge